# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### HATTIESBURG DIVISION

**GAYNELL Y. MCDUFFEY**                                                                         **PLAINTIFF**

**V.**                                                         **CIVIL ACTION NO. 2:05-CV-2032 KS-JMR**

**JO ANNE B. BARNHART, COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                                    **DEFENDANT**

## ORDER

On motion *ore tenus* of the Defendant, by and through her counsel, the United States Attorney,

IT IS ORDERED that the Court file in this case, which was closed while the case was on remand to the Commissioner of Social Security pursuant to Order of October 21, 2005, be and it is hereby reopened.

ORDERED this 14th day February, 2006.


                                          s/ *Keith Starrett*
                                      UNITED STATES DISTRICT JUDGE